UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 04-1755 |
| AQUAYA PERRY ) | |

Now comes counsel in the above-captioned case and requests that this court rule on whether defense counsel who was appointed as CJA counsel on June 7, 2004, may remain as appointed counsel subsequent to an out of district attorney filing an appearance as private counsel.

As reason therefore, counsel says that Attorney Howard Greenberg, a member of the bar of New York, informed current counsel that he intends to file an appearance to represent the defendant. Attorney Greenberg has further requested that current counsel continue to represent the defendant as CJA counsel.

For the defendant,

*Edward L. Hayden* (signature)
EDWARD L. HAYDEN
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430