UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
          v.                  )      CRIMINAL ACTION
                              )      NO. 04-10234-NMG
AQUAYA PERRY,                 )
          Defendant,          )
_____)
```

ORDER
October 6, 2004

**SWARTWOOD, M.J.**


On June 7, 2004, Ms. Perry filed a Financial Affidavit indicating that she could not afford counsel and on that same date, I appointed Edward L. Hayden, Esquire to represent Ms. Perry in this case.

On October 4, 2004, Mr. Hayden, on behalf of Ms. Perry, notified this Court (Docket No. 34) that Howard Greenberg, Esquire, a member of the Bar of New York, intends to file for admission pro hac vice to represent Ms. Perry in this case. However, Mr. Greenberg has further requested that Mr. Hayden continue to represent Ms. Perry as appointed counsel. I have granted that request since, after hearing, I have been informed that Ms. Perry cannot afford to pay Mr. Greenberg and that Mr. Greenberg's

services are being paid for from a source other than Ms. Perry. Therefore, Mr. Hayden shall continue to represent Ms. Perry as appointed counsel.

                                            /s/Charles B. Swartwood, III
                                            CHARLES B. SWARTWOOD, III
                                            MAGISTRATE JUDGE