## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>         v.                      )<br>  )<br>WALLSTEIN DWAYNE ALLEN,   )<br>ANDRE PAGE, MICHAEL E. GREEN, )<br>and AQUAYA STEPHANIE PERRY,   )<br>         Defendants,           ) | **CRIMINAL ACTION<br>NO. 04-10234-NMG** |

## ORDER OF EXCLUDABLE TIME
### October 6, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 8, 2004 (date of expiration of prior order of excludable time) through November 5, 2004 (date by which a review of the discovery produced by the Government should be completed by Defendants' counsel) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE