**SPONSOR**
Edward L. Hayden, Esq.
7 Franklin Street
Lynn, Mass. 01902

**PRO HAC**
Howard Greenberg
41 Schermerhorn Street
Brooklyn, N.Y. 11201

:...................................:
United States of America
                                    :
          Plaintiff                 :
-v-                                 :
                                    :           MOTION FOR ADMISSION
AQUAYA STEPHANIE PERRY                          PRO HAC VICE
                                    :
          Defendant
:...................................:

04-10234 NMG

    I, Edward L. Hayden, an attorney in good standing of the Federal District Court, District of Massachusetts and authorized to practice in this jurisdiction, hereby move the Federal District Court, District of Massachusetts, in accordance with Local Rule 83.5.3(b) to permit the appearance of Howard Greenberg, a member of the Bars of the Southern and Eastern Districts of New York and New York Bar, to appear *pro hac vice* in the above-captioned matter. An affidavit is attached and is relied upon in support of this motion.

    I hereby certify that copies of this motion and the attached affidavit have been served upon all parties in the above-captioned matter.

10-13-04
Date

FILING FEE PAID:
RECEIPT # 404427
AMOUNT $ 50.00
BY DPTY CLK _____
DATE 10-14-04

Edward L. Hayden, Esq.

| | |
|---|---|
| **SPONSOR**<br>Edward L. Hayden, Esq.<br>7 Franklin Street<br>Lynn, Mass. 01902 | **PRO HAC**<br>Howard Greenberg, Esq.<br>41 Schermerhorn Street<br>Brooklyn, N.Y. 11201 |

DISTRICT COURT
UNITED STATES
DISTRICT OF
MASSACHUSETTS

Criminal Action
No. 04-1755-CBS

::::::::::::::::::::::::::::::::::::::
United States of America

                 :

       Plaintiff      :

-v-

AQUAYA STEPHANIE PERRY  :

                 :

       Defendant
::::::::::::::::::::::::::::::::::::::

Violations of Title 21,
United States Code Sections
841(a)(1) and 846
Notice of Motion
For Admission Pro Hac Vice

Sir/Madam:

       PLEASE TAKE NOTICE THAT the undersigned, an attorney in good standing in the Bars of the Southern and Eastern Districts of New York and New York Bar will move the United States District Court, District Of Massachusetts in accordance with Local Rule 83.5.3(b) to permit him to appear *pro hac vice* in the above-captioned matter. An affidavit is attached and relied upon in support of this motion.

I certify that copies of this motion and the attached affidavit have been served upon all parties in the above-captioned matter.

                                                     HOWARD GREENBERG  
                                                   Attorney for the Defendant