| | |
|---|---|
| **SPONSOR**<br>Edward L. Hayden, Esq.<br>7 Franklin Street<br>Lynn, Mass. 01902 | **PRO HAC**<br>Howard Greenberg<br>41 Schermerhorn Street<br>Brooklyn, N.Y. 11201 |

DISTRICT COURT
UNITED STATES
DISTRICT OF
MASSACHUSETTS

::::::::::::::::::::::::::::::::::
United States Of America

      Plaintiff  :

-v-

AQUAYA STEPHANIE PERRY  :

                   :

      Defendant
::::::::::::::::::::::::::::::::::

04-CR-10234

ORDER

**BEFORE HONORABLE CHARLES SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE,**

Edward L. Hayden, Esq., an attorney of the Bar of the Federal District Court, District of Massachusetts, moved under Local Rule 83.5.3(b) to permit the appearance *pro hac vice* of Howard Greenberg, an attorney of the Bars of the Southern and Eastern Districts of New York and New York Bar in the above-captioned matter. The affidavit of Howard Greenberg indicates that he satisfies each of the conditions for admission, including good cause, and that payment has been made to the clerk of the court. Therefore, **I ORDER** that the motion seeking admission of

Howard Greenberg to practice before the Federal District Court, District of Massachusetts, *pro hac vice* in the above-captioned matter is granted, provided that Howard Greenberg shall:

- a. Abide by the Federal District Court, District of Massachusetts and all applicable Federal Court and Federal District Court, District of Massachusetts and related court rules, including disciplinary rules;

- b. Consent to the appointment of the clerk of the Federal District Court, District of Massachusetts as agent upon whom service of process may be made for all actions against me or my firm that may arise out of my participation in this matter;

- c. Notify the Federal District Court, District of Massachusetts immediately of any matter affecting my standing at the bar of any court, and

- d. Have all pleadings, briefs and other papers filed with the Court signed by the attorney of record, who shall be held responsible for them and for the conduct of this case and of the admitted attorney herein.

_____
Date

_____
, Judge