**SPONSOR**
Edward L. Hayden, Esq.
7 Franklin Street
Lynn, Mass. 01902

**PRO HAC**
Howard Greenberg
41 Schermerhorn Street
Brooklyn, N.Y. 11201

:::::::::::::::::::::::::::::::::::::::
United States Of America

        Plaintiff     :

-v-

AQUAYA STEPHANIE PERRY  :

04-10234

AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE

        Defendant     :
:::::::::::::::::::::::::::::::::::::::

I, Howard Greenberg, duly sworn according to law, depose and say:

1. I am an attorney in good standing admitted to practice in the Courts of Southern and Eastern Districts of New York and State of New York ( see attached ).

2. I am associated in this matter with Massachusetts counsel of record, Edward L. Hayden, Esq., who is qualified to practice law in the Federal District Court, District Of Massachusetts.

3. Aquaya Stephanie Perry has requested my representation in this matter.

4. I have never been censured, suspended or disbarred by any Court.

5. There is good cause for my admission pro hac vice in that I am a member of the Bars of the Southern and Eastern Districts of New York and New York Bar in good standing; I have been requested as counsel by the defendant and I am an experienced



criminal defense attorney, practicing criminal law in New York and pro hac vice outside of the state for fifteen years.

6. I have read and am familiar with each of the following:

   (a) The provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction, and practice in, United States District Court; and

   (b) The Rules of Criminal Procedure for the District Courts; and

   (c) The Federal Rules of Evidence for the U.S. Courts and Magistrates; and

   (d) The Rules of the United States District Court for the District of Massachusetts.

7. I certify that I have paid to the clerk the fees required by local rule.

8. If this application to appear *pro hac vice* is granted, I agree to:

   (a) Abide by the Federal District Court, District of Massachusetts, and all applicable Federal Court rules, including disciplinary rules;

   (b) Consent to the appointment of the clerk of the Federal District Court, District of Massachusetts as agent upon whom service of process may be made for all actions against me or my firm that may arise out of my participation in this matter;

   (c) Notify the Federal District Court, District of Massachusetts immediately of any matter affecting my standing at the bar of any court, and

   (d) Have all pleadings, briefs and other papers filed with the Court signed by the attorney of record.

Howard Greenberg, Esq.

MELVIN M. HURWITZ
Notary Public, State of New York
No. 01HU7018500
Qualified in Kings County
Commission Expires Sept. 30, 2006



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Howard Greenberg

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of February, 1992**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **27th day of September, 2004**.



_Clerk_

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __New York__

**CERTIFICATE OF GOOD STANDING**

I, __Robert C. Heinemann__, *Clerk of this Court,*

*certify that* __Howard Greenberg__, *Bar* __HG8609__,

*was duly admitted to practice in this Court on*

__June 18, 1999__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Brooklyn, N.Y.__ on __September 23, 2004__.
            LOCATION                                   DATE

__Robert C. Heinemann__
        CLERK

_____
        DEPUTY CLERK

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__HOWARD GREENBERG__, Bar # __HG8609__

was duly admitted to practice in this Court on

__APRIL 24th, 2003__, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York    on    SEPTEMBER 23rd, 2004

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, **EDWARD L. HAYDEN,** Attorney of record for the Defendant **AQUAYA STAPHENIE PERRY,** do hereby certify that I have served the foregoing, **APPLICATION FOR ADMISSION PRO HACE VICE OF ATTORNEY HOWARD GREENBERG AND SUPPORTING DOCUMENTS,** by mailing a copy, postage prepaid, to Assistant United States Attorney David Tobin, United States Attorney's Office, One Courthouse Way, Boston, Massachusetts 02110, on the 13th day of October, 2004.

                                            EDWARD L. HAYDEN