# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> WALLSTEIN DWAYNE ALLEN, ) <br> ANDRE PAGE, MICHAEL E. GREEN, ) <br> and AQUAYA STEPHANIE PERRY, ) <br> Defendants, ) <br> _____) | CRIMINAL ACTION <br> NO. 04-10234-NMG |

## STATUS REPORT
### November 5, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery/Plea Negotiations</u>

Counsel for the parties have requested additional time to review discovery produced by the Government with their clients and to initiate discussions with the Government for a non-trial disposition of this case. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on December 8, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 5, 2004 (date of expiration of prior order of excludable time) through December 8, 2004 (date by which discovery/plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, February 16, 2005</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE
</pre>