# EDWARD L. HAYDEN
ATTORNEY AT LAW
7 FRANKLIN STREET • LYNN, MASSACHUSETTS 01902

OFFICE (781) 599-1190

FAX (781) 598-1190

FILED
OFFICE

2004 NOV 17 P 12: 49

U.S. DISTRICT COURT
MASS.

November 16, 2004

Ms. Lisa Roland
U.S. District Court
Federal Building and Court House
595 Main Street
Worcester MA 01608

RE:   U.S. v. Aquaya Perry
      No. 04CR10234

Dear Lisa:

        Please have the detention hearing for the above case transcribed.  The hearing was held on June 8, 2004 in Boston.

        Please call me if you have any questions.

                                        Very truly yours,

                                        Edward L. Hayden

ELH/cj