# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10234-NMG |
| WALLSTEIN DWAYNE ALLEN, ) | |
| ANDRE PAGE, MICHAEL E. GREEN, ) | |
| and AQUAYA STEPHANIE PERRY, ) | |
| Defendants, ) | |

## STATUS REPORT
## March 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

Successor counsel for Messrs. Page and Green have requested additional time to review discovery produced by the Government and counsel for the other Defendants have no objection to their co-defendants' request.  Therefore, I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on April 25, 2005, at 3:45 p.m., in Courtroom 1, Fifth Floor, Donohue Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 22, 2005 (date of expiration of prior order of excludable time) through April 25, 2005 (date by which a review of discovery shall be completed by all Defendants).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, July 4, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE