UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL ACTION |
| ) | NO. 04CR10234 |
| AQUAYA PERRY ) | |

Now comes the defendant in the above-captioned case and requests that she be permitted to travel to her uncle, Mitchell Crichlow's house at 9552 Jasmin Drive, Tobyhanna, Pennsylvania on August 23, 2005 for a family gathering. She will return to her New York home the same day.

Assistant United States Attorney David Tobin has no objection to this motion.

> For the defendant,
>
> /s/ EDWARD L. HAYDEN
> EDWARD L. HAYDEN
> 7 FRANKLIN STREET
> LYNN MA 01902
> (781) 599-1190
> BBO # 226430