```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10234-NMG |
| ) | |
| WALLSTEIN ALLEN, ET AL. ) | |

### GOVERNMENT'S AMENDED WITNESS LIST

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby provides this Honorable Court with the government's Amended Witness List in the above-captioned case. The United States reserves the right to amend its witness list.

1) **Peter Darling, Immigration and Customs Enforcement (ICE) Special Agent (SA), Boston, Massachusetts;**

2) **Michael Heddrick, ICE SA, Key West, Florida;**

3) **Craig Karch, ICE SA, Key West, Florida;**

4) **Jeff Barber, ICE SA, Key West, Florida;**

5) **Kristen Rosenbeck, ICE SA, Boston, Massachusetts;**

6) **John Coleman, ICE SA, Boston, Massachusetts;**

7) **Eric LaForte, ICE SA, Boston, Massachusetts;**

8) **Bernard Navarro, ICE SA, Boston, Massachusetts;**

9) **Chris D'Iorio, ICE SA, Boston, Massachusetts;**

10) **Peter Pasciucco, ICE Task Force Agent, Boston, Massachusetts;**

11) **Al Hawkins, New York City Police Officer, Brooklyn, New York;**

12) Dwayne Chandler, New York City Police Officer, Brooklyn, New York;

13) Dan Rather, Manhattan Assistant District Attorney; Manhattan, New York;

14) Michelle G. Camilleri, Senior Forensic Chemist, DEA; New York City, New York;

15) Thomas Joyce, Boston Police Officer, Boston, Massachusetts;

16) Michael Feeney, Boston Police Officer, Boston, Massachusetts;

17) Matt Gilmore, formerly an ICE SA in Boston, Massachusetts;

18) Wallstein Dwayne Allen, Brooklyn, New York;

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

            By: /s/ David G. Tobin
                    DAVID G. TOBIN
                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2006.

                    /s/ David G. Tobin
                    DAVID G. TOBIN