UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL ACTION |
| | ) | NO. 04CR10234 |
| AQUAYA PERRY | ) | |

DEFENDANT'S ASSENTED TO MOTION TO CONTINUE
SENTENCING

    Now comes the defendant by her attorney Howard Greenberg, Esq., and hereby moves this Court to continue the sentencing of the defendant from April 27, 2006 to June 8, 2006.

    In support of this motion the defendant says the following: 1. The defendant will not have been interviewed by Pretrial Services until April 27, 2006 at 3 p.m., 2. The Government, by David G. Tobin, Esq., has consented to the adjournment, and 3. The where and when of the sentencing of three co-defendants is pretty much irrelevant to the sentencing of Ms. Perry whose situation under the totality of the circumstances is different in kind.

    The defendant respectfully submits that postponing the defendant's sentence until a date later in time will abide scheduling and other concerns.

## CONCLUSION

For these reasons the defendant respectfully moves this Court to allow the defendant's motion.

> For the defendant,
>
> /s/ HOWARD GREENBERG
> HOWARD GREENBERG
> Attorney for Defendant
>
> /s/ EDWARD L. HAYDEN
> EDWARD L. HAYDEN
> 7 FRANKLIN STREET
> LYNN MA 01902
> (781) 599-1190
> BBO # 226430